■ In the Matter of THOMAS ETTINGER, Respondent, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Appellants. [840 NYS2d 913]—

Appeal from an order and judgment (one paper), Supreme Court, New County (Karen S. Smith, J.), entered on or about October 12, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Nardelli, Buckley, Catterson and Malone, JJ.

■ In the Matter of MARGARET FOERSTER, Respondent-Appellant, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Appellants-Respondents. [840 NYS2d 913]—

Appeal from an order and judgment (one paper), Supreme Court, New York County (Karen S. Smith, J.), entered on or about September 9, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Nardelli, Buckley, Catterson and Malone, JJ.